## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF KANSAS

```
WYVONNA D. PETE,                    )
                                    )
                 Plaintiff,         )    ACTION
                                    )
v.                                  )    No.  08-1010-MLB
                                    )
MICHAEL J. ASTRUE,                  )
COMMISSIONER OF                     )
SOCIAL SECURITY,                    )
                                    )
                 Defendant.         )
                                    )
```

### **ORDER**

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

IT IS SO ORDERED.

Dated this 16th day of December, 2008 at Wichita, Kansas.

s/ Monti Belot

Monti L. Belot
UNITED STATES DISTRICT JUDGE